CM/ECF volpmd
(Rev. 01/03/17)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| In Re:  Ashley Selman Farms Partnership | ) | Case No.: 25–10118–SDM |
|          Debtor(s) | ) | Chapter: 11 |
| | ) | Judge: Selene D. Maddox |
| | ) | |
| | ) | |

## ORDER AND NOTICE AS TO DEFICIENCY(IES) AND PROPOSED DISMISSAL OF CASE

Pursuant to the U.S. Bankruptcy Code, Federal Rules of Bankruptcy Procedure, Uniform Local Rules, and standing orders, the Debtor(s) has 14 days from the date of filing the above–captioned case to file the required paperwork and pay fees as applicable. The Court will not routinely grant extensions of time to file such paperwork. A motion for extension must be supported by good cause.

In order for this case to be administered, it is necessary that the documents described below be filed within 14 days:

> 20 Largest Unsecured Creditors due 01/29/2025
> Equity Security Holders List due 01/29/2025

If the required paperwork and/or fees are not timely filed and/or paid by 1/29/25 the Court will enter an ex parte order dismissing the case without further hearing.

Dated and Entered: 1/15/25

Selene D. Maddox
Judge, U.S. Bankruptcy Court